ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
Email: Robert.Freeman@lewisbrisbois.com
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 08181
Email: Pamela.McGaha@lewisbrisbois.com
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
Email: Cheryl.Grames@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant
State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SAMANTHA BEAUDRY, <br><br>Plaintiff, <br><br>vs. <br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES I-X, and ROE CORPORATIONS <br><br>Defendants. | CASE NO.: 2:17-cv-286-APG-GWF <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED and AGREED between Plaintiff SAMANTHA BEAUDRY ("Plaintiff"), by and through her counsel, THE POWELL LAW FIRM, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant") by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP,

/ / /

/ / /

/ / /

/ / /

/ / /

4851-4346-0444.1

that all of Plaintiff's claims and causes of action against Defendants in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 26th day of February, 2018.    DATED this 27 day of February, 2018.

THE POWELL LAW FIRM                        LEWIS BRISBOIS BISGAARD & SMITH LLP

_____            _____
Paul D. Powell, Esq.                       ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 7488                        Nevada Bar No. 03062
Michael A. Kristof, Esq.                   PAMELA L. MCGAHA. ESQ.
Nevada Bar No. 7780                        Nevada Bar No. 08181
6785 West Russell Road, Suite 210          CHERYL A. GRAMES, ESQ.
Las Vegas, Nevada 89118                    Nevada Bar No. 12752
*Attorneys for Plaintiff*                  6385 S. Rainbow Boulevard, Suite 600
                                           Las Vegas, Nevada 89118
                                           *Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

<u>ORDER</u>

IT IS SO ORDERED.

Dated: March 2, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE